1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax:  (562) 868-8868
   E-mail rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail:  MRobles@shookandstone.com

10 Attorneys for Plaintiff
   Carlos Hasakian
11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS HASAKIAN, | Case No.: 2:22-cv-01630-VCF |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his motion for reversal and/or remand

-1-

1 for a period of seven days to and including January 4, 2023, and that all subsequent
2 deadline set forth in the scheduling order, ECF No. 12, are extended accordingly.
3     This is plaintiff's first request for an extension in this matter. Counsel for
4 plaintiff has had difficulty returning back from holiday break due to inclement
5 weather and cancellation of flights by the airline. Counsel still remains in transit in
6 spite of best efforts. On behalf of counsel for plaintiff, the parties respectfully
7 request the granting of this request for the proper briefing of this matter.
8     IT IS SO STIPULATED.
9 DATE: December 27, 2022   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

      /s/ *Marc V. Kalagian*
BY: _____
    Marc V. Kalagian
    Attorney for plaintiff Carlos Hasakian

Date: December 27, 2022    JASON M. FRIERSON
    United States Attorney
    BLAINE T. WELSH
    Assistant United States Attorney

    BY: /s/ *Andrea Banks*
    ANDREA BANKS
    Special Assistant United States Attorney
    Attorneys for Defendant KILOLO KIJAKAZI,
    Acting Commissioner of Social Security
    (Per email authorization)

**ORDER**

Approved and so ordered:

DATE: 12-30-2022

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE